

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| DANVILLE COMMERCIAL INDUSTRIAL STORAGE, LLC, and NORTH AMERICAN MOLD TECHNOLOGY, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, JAMES PEBBLES, HAYWOOD PARKER, IN-LINE CONSULTING, LLC, KIM E. WINCHELL, AND H.B. FISHMAN & CO., INC. <br><br> Defendants | ) ) ) ) ) ) ) ) Case No.: 4:18cv00050-JLK - ) ) ) ) ) ) ) ) |

## ORDER

For good cause shown, the Motion to Modify the Briefing Schedule (Docket No. 26) is hereby GRANTED.

Plaintiffs Danville Commercial Industrial Storage, LLC and North American Mold Technology, LLC shall have up through September 13, 2018 within which to file their Response memoranda to the Motions to Dismiss filed by Defendants Selective Insurance Company of South Carolina and James Pebbles (Docket No. 20) and by Defendants Kim E. Winchell and H. B. Fishman & Co., Inc. (Docket No. 23). Said Defendants shall have up through September 21, 2018 within which to file their respective Reply memoranda.

So ORDERED on the is the 30th day of August 2018.

Sr. Judge

1